# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

## CRIMINAL NO. 4:98CR144

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.    ) | **O R D E R** |
| ) | |
| LLOYD ANTHONIE WILLIAMS ) | |

**THIS MATTER** is before the Court on Defendant's request pursuant to the "Privacy Act . . . to Correct Information Maintained in Your Agency Files and Amendment of Records," filed October 2, 2008. **See 5 U.S.C. § 552a.** The motion is denied.

Defendant seeks to use the Privacy Act as a means to amend his presentence report with respect to two 1991 felony drug convictions in state court.[1] The Privacy Act has no applicability here; it is only a creative means utilized by the Defendant in an attempt to resurrect a dead issue. This issue has been thoroughly reviewed by the Fourth Circuit as well as by this Court as recently as March 2008. **See United States v. Williams**,

---

[1] These convictions were responsible, in part, for the Defendant being sentenced as an armed career criminal.

57 F. App'x 553, 555-56 (4th Cir. 2003); Order, filed November 28, 2007 (denying Defendant's motion to amend presentence report); Memorandum and Order, filed March 12, 2008 (denying Defendant's motion to vacate Court's Judgment dismissing his 28 U.S.C. § 2255 motion). Defendant's appeal of the Court's March 12, 2008, Order is pending with the Fourth Circuit.

**IT IS, THEREFORE, ORDERED** that Defendant's request pursuant to the Privacy Act is hereby **DENIED**.

Signed: December 11, 2008

Lacy H. Thornburg
United States District Judge