THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 4:98-cr-00144-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| LLOYD ANTHONIE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Petition of Opposition," which the Court construes as a motion for reconsideration. [Doc. 163].

Upon review of the Defendant's motion, the Court finds no basis in law to reconsider its prior Order.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Petition of Opposition" [Doc. 163], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS SO ORDERED**.

Signed: February 9, 2015

Martin Reidinger
United States District Judge